RECEIVED
JUN 01 2021
BY MAIL

May 26, 2021

To Judge Stephen Clark

On May 6 2021 Ali Wilson case # 4:20-CR-000196-SRC did a change of plea hearing in that hearing you went over substantial issues like if there was a services of which I couldn't afford the goverment would provide the services for me I'd like to know despite of me making a guilty plea would it be possible to obtain a independent forensic analyses of the GPS/money counter which i believe contain evidence that could possible change the outcome of my case

Respectfully
Ali Wilson 74846
Ste Genevieve County

Ali Wilson 74846
STE Genevieve County

MAILED FROM
STE GENEVIEVE
COUNTY
DETENTION CENTER

Deposit Funds, On-line at:
InmateCanteen.com SAINT LOUIS MO 630

27 MAY 2021 PM 2



ZIP 54022
02 4W
0000359603
$ 000.51

Thomas F Eagleton US Courthouse
Judge Stephen Clark
111 S 10th St
St Louis MO 63102

RECEIVED
JUN 01 2021
BY MAIL

63102-112599